OFFICE DEPOT, INC., Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee,

and

Staples, Inc., Defendant–Appellee.

No. 2010–5165.

United States Court of Appeals, Federal Circuit.

Oct. 29, 2010.

John G. Horan, McKenna Long & Aldridge, LLP, Washington, DC, for Office Depot, Inc.

Jonathan S. Aronie, Sheppard, Mullin, Ritcher & Hampton, Washington, DC, for Staples, Inc.

Robert C. Bigler, Department of Justice, Washington, DC, for United States.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

Mary C. MIKRUT, Claimant–Appellant,

v.

Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 2010–7114.

United States Court of Appeals, Federal Circuit.

Oct. 29, 2010.

Mary C. Mikrut, Bethel Park, PA, pro se.

**ORDER**

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.